Lelii, Appellant, *v.* Dolente Construction
Company.

Argued September 12, 1968. *Leonard Zack,* for appellant; *Richard D. Harburg,* with him *Swartz, Campbell & Detweiler,* for appellees.

Order affirmed.